SELMOR ESTATES CORPORATION Respondent, *v.* LAND MAP REALTY CORPORATION et al., Appellants.

*Appeal — failure to file undertaking and prosecute appeal.*

*Selmor Estates Corp.* v. *Land Map Realty Corp.*, 208 App. Div. 846, appeal dismissed.

(Submitted March 1, 1926; decided March 4, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicia . department, entered April 25, 1924, which dismissed an appeal by the defendants from a judgment entered against them by default.

The motion was made upon the grounds that no undertaking on appeal has ever been served and on the further grounds that appellants have never taken any steps to prosecute the said appeal.

*Bernard H. King* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.